# United States District Court

DISTRICT OF

RHODE ISLAND

William Maynes

v.

Arthur Burton, James Campbell and Etsuko Zuczek, in her capacity as Treasurer of The Town of Westerly

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

2767

TO: (Name and Address of Defendant)

Arthur Burton
5 Union Street
Westerly, RI 02891

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Charles Michael Bradley
39 Grove Avenue
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 7/8/04

BY DEPUTY CLERK

FILED
WASHINGTON COUNTY
SHERIFF'S OFFICE
DATE: 7-19-04
NUMBER: 1556

(2)

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7-20-04 1:45 Pm |
|---|---|
| NAME OF SERVER (PRINT) RONALD A NYE | TITLE Dep. Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ P.O.E. with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Linda Alquere, Westerly Police Dept.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-20-04
*Date*

Ronald A Nye
*Signature of Server*

4800 Tower Hill Rd. Wakefield, RI
*Address of Server*

FILED
2004 JUL 29 A 11:04
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF

RHODE ISLAND

William Maynes

V.

Arthur Burton, James Campbell and Etsuko Zuczek, in her capacity as Treasurer of The Town of Westerly

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CA 04 276 T

TO: (Name and Address of Defendant)

James Campbell
5 Union Street
Westerly, RI 02891

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Charles Michael Bradley
39 Grove Avenue
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 7/8/04

BY DEPUTY CLERK

FILED
WASHINGTON COUNTY
SHERIFF'S OFFICE
DATE: 7-19-04
NUMBER: 1555

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7-20-04 1:45 P |
|---|---|
| NAME OF SERVER (PRINT) Ronald A. Nye | TITLE Dep. Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ P.O.E. with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Linda Algiere, Westerly Police Dept.

☐ Returned unexecuted: ____

☐ Other (specify): ____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-20-04 *Date* — [signature] *Signature of Server*

4 Rod Tower Hill Rd. Wakefield, RI
*Address of Server*

FILED
2004 JUL 29 A 11:04
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF

RHODE ISLAND

William Maynes

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 04 276 T

Arthur Burton, James Campbell and Etsuko Zuczek, in her capacity as Treasurer of The Town of Westerly

TO: (Name and Address of Defendant)

Etsuko Zuczek
45 Broad Street
Westerly, RI 02891

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Charles Michael Bradley
39 Grove Avenue
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 7/8/04

BY DEPUTY CLERK

FILED
WASHINGTON COUNTY
SHERIFF'S OFFICE
DATE 7-19-04
NUMBER 1554

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7-20-04 2:00pm |
|---|---|
| NAME OF SERVER (PRINT) RONALD A. NYE | TITLE DEP. SHERIFF |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: WESTERLY TOWN HALL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $45.00 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-20-04 *Date* [signature] *Signature of Server*

4900 Tower Hill Rd. Wakefield, RI
*Address of Server*

FILED
2004 JUL 29 A 11:04
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.