MJC:jlb 6615/5 \pleading\66155entry

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM MAYNES | : | |
| | : | |
| v. | : | C.A. NO.: 04-276T |
| | : | |
| ARTHUR BURTON, JAMES CAMPBELL | : | |
| and ETSUKO ZUCZEK, in her capacity as | : | |
| Treasurer of THE TOWN OF WESTERLY | : | |

**ENTRY OF APPEARANCE**

I, Michael J. Colucci, hereby enter my appearance on behalf of the defendants in the above-entitled matter.

DEFENDANTS,
By Their Attorney,

[signature]

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 8/6/04 to:

Charles Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891

Jessica Beaudry

SCANNED

3