MJC:jlb 6615/5 \pleading\66155answer

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM MAYNES | : | |
| | : | |
| v. | : | C.A. NO.: 04-276T |
| | : | |
| ARTHUR BURTON, JAMES CAMPBELL and ETSUKO ZUCZEK, in her capacity as Treasurer of THE TOWN OF WESTERLY | : | |

**ANSWER OF DEFENDANTS, BURTON, CAMPBELL AND THE TOWN OF WESTERLY**

1. Denied as to alleged violations.

2. Neither admitted nor denied.

3. Admitted.

4. Admitted as to official capacity.

5. Admitted.

6. Unknown and denied.

**COUNT I**

1. Unknown and denied.

2. Unknown and denied.

3. Unknown and denied.

4. Unknown and denied.

5. Denied.

6. Unknown and denied.

4

7. Unknown and denied.

8. Unknown and denied.

9. Unknown and denied.

10. Unknown and denied.

11. Unknown and denied.

12. Unknown and denied.

13. Unknown and denied.

14. Admitted.

15. Unknown and denied.

16. Unknown and denied.

17. Unknown and denied.

18. Unknown and denied.

19. Unknown and denied.

20. Unknown and denied.

21. Denied.

22. Unknown and denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

**COUNT II**

1.-26. Defendants incorporate their answers to the said re-alleged paragraphs.

27. Denied.

28. Denied.

**COUNT III**

1.-26. Defendants incorporate their answers to the said re-alleged paragraphs.

27. Denied.

28. Denied.

**COUNT IV**

1.-26. Defendants incorporate their answers to the said re-alleged paragraphs.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

**COUNT V**

1.-26. Defendants incorporate their answers to the said re-alleged paragraphs.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

**COUNT VI**

1.-26. Defendants incorporate their answers to the said re-alleged paragraphs.

27. Denied.

**COUNT VII**

1.-26. Defendants incorporate their answers to the said re-alleged paragraphs.

27. Denied.

**COUNT VIII**

1.-26. Defendants incorporate their answers to the said re-alleged paragraphs.

27. Denied.

**COUNT IX**

1.-26. Defendants incorporate their answers to the said re-alleged paragraphs.

27. Denied.

**COUNT X**

1.-26. Defendants incorporate their answers to the said re-alleged paragraphs.

27. Denied.

28. Denied.

**COUNT XI**

1.-11. Defendants incorporate their answers to the said re-alleged paragraphs.

12. Denied.

13. Denied.

**COUNT XII**

1. Denied.

WHEREFORE, defendants demand judgment against the plaintiff.

**AFFIRMATIVE AND/OR OTHER DEFENSES**

1. Defendants plead qualified immunity.

2. Counts II, III & XII fail to state a claim upon which relief can be granted.

**Defendants hereby demand a trial by jury.**

DEFENDANTS,
By Their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 8/6/04 to:

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891

Jessica Beaudry