**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

William Maynes

Plaintiff

V. C.A. NO.: 04-276T

Arthur Burton, James Campbell and
Etsuko Zuczek, in her capacity as Treasurer of
The Town of Westerly

August 30, 2004

Defendants

**PLAINTIFF'S REPLY TO DEFENDANTS, BURTON, CAMPBELL AND THE TOWN OF WESTERLY'S SPECIAL DEFENSES DATED AUGUST 6, 2004**

1. Denied.
2. Denied.

Plaintiff,
By his Attorney,

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891
401-596-0808
Federal Bar No.: 305353

5

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 30 day of August, 2004, to the person or person indicated below:

Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Charles Michael Bradley