MJC:jmr 6615/5 Pleading/6615MTCProd.wpd

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM MAYNES | : | |
| | : | |
| v. | : | C.A. NO.: 04-276T |
| | : | |
| ARTHUR BURTON, JAMES CAMPBELL and ETSUKO ZUCZEK, in her capacity as Treasurer of THE TOWN OF WESTERLY | : | |

**DEFENDANTS MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now come the defendants, and move to compel the plaintiff to respond to the request for production of documents propounded by these defendants, on the plaintiff, on or about October 13, 2004, which are attached hereto. To date, no responses and/or objections have been received from the plaintiff. Your defendants request that the plaintiff be compelled to provide said documents on or before December 13, 2004. No separate memorandum of law is required, pursuant to local rules.

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

8

**CERTIFICATION**

I certify that I sent a true copy of the within on 11.24.04 to:

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, Rhode Island 02891

MJC:mm 6615/5 \pleading\66155rfp

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM MAYNES :
:
VS. : C.A. NO.: 04-276T
:
ARTHUR BURTON, ET AL :

**DEFENDANT'S REQUEST FOR PRODUCTION TO PLAINTIFF**

Defendants, pursuant to Rule 34, hereby request the plaintiff provide true and accurate copies of the following documents on or before November 12, 2004.

1. Any and all medical reports and bills from all physicians, hospitals or other medical institutions who have treated, examined or been consulted.

2. Any and all photographs taken of the parties or the scene of the alleged incident.

3. Any and all repair bills or estimates for any alleged property damage.

4. Any and all documents reflecting wage loss, disability or loss of capacity to earn.

5. Any and all medical reports and treatment records from any physician and/or health care facility which has provided services or treatment, prior to this incident, for any body parts which are alleged to have been injured in this incident.

6. Any and all psychological, psychiatric, and/or social services records relating to:

a. any emotional injuries alleged to have been sustained as a result of this incident and

b. any emotional injuries or maladies existing prior to this incident.

7. A copy of the plaintiff's complete military service record or, in the alternative, a properly executed authorization form permitting the defendants to obtain the same.

8. The alleged tape recording made by the plaintiff, depicting the conversation, or any part thereof, with the defendant police officers at the scene of the incident.

9. Any other tape recordings depicting conversations with the defendants or any members of the police department.

DEFENDANT,
By his Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on Oct. 13, 2004 to:

Charles Michael Bradley, Esq.
39 Grove Ave.
Westerly, RI 02891