MJC:jmr 6615/5 Pleading/66155MTC.wpd

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM MAYNES | : | |
| | : | |
| v. | : | C.A. NO.: 04-276T |
| | : | |
| ARTHUR BURTON, JAMES CAMPBELL and ETSUKO ZUCZEK, in her capacity as Treasurer of THE TOWN OF WESTERLY | : | |

**DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now come the defendants, Arthur Burton and James Campbell and move to compel the plaintiff to respond to those interrogatory questions propounded by these defendants, on the plaintiff, on or about October 13, 2004, which are attached hereto. To date, no responses and/or objections have been received from the plaintiff. Your defendants request that the plaintiff be compelled to provide said responses on or before December 13, 2004. No separate memorandum of law is required, pursuant to local rules.

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

9

**CERTIFICATION**

I certify that I sent a true copy of the within on 11.24.04 to:

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, Rhode Island 02891

MJC:mm 6615/5 \pleading\66155ints

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM MAYNES | : | |
| | : | |
| VS. | : | C.A. NO.: 04-276T |
| | : | |
| ARTHUR BURTON, ET AL | : | |

**DEFENDANT BARTON AND CAMPBELL'S INTERROGATORIES PROPOUNDED TO THE PLAINTIFF**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure defendant(s) request(s) that each of the following interrogatories be answered under oath fully by the plaintiff; and further that said answers be served on the defendant(s) within thirty (30) days after service of these interrogatories.

It is intended by these interrogatories to elicit information not merely within your own personal knowledge but obtainable by you, including information in the possession of anyone acting on your behalf such as your attorney, investigators, insurance carriers and their representatives. Whenever the term "incident" is used, it refers to the incident referred to in your lawsuit, unless the sense appears to be to the contrary.

If you cannot answer the following interrogatories in full, after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder, and stating whatever information or knowledge you have concerning the unanswered portions.

1. State your name, address, date of birth, marital status, social security number, and any other names for which you have known.

2. State the name, address, dates of treatment and costs of treatment for all medical care providers/facilities, including mental health care facilities, which provided services to you for any of the injuries alleged.

3. State the name and address of your personal physician(s) and/or primary medical care provider(s) for the last ten years.

4. If you have suffered from any other medical condition or malady prior to or subsequent to the alleged incident and unrelated thereto, state the condition(s), the duration thereof and the name and address of all medical care facilities providing treatment therefore.

5. If you sustained bodily or mental injury from any type of accident or mishap within the last ten (10) years for which medical treatment was rendered, describe the same and identify by name and address all medical care facilities providing treatment therefore.

6. If you are claiming lost wages and/or an impairment to your earning capacity, state the name and address of your employer at the time of the incident, the type of employment, your average weekly wage and the dates which you were out of work because of the alleged injuries.

7. If you are working at the current time, please state the name and address of your employer, the type of work performed and your average weekly wage.

8. If you have lost any time from work since the incident for any other reason, not due to the injuries allegedly received in this incident, please state the reasons and indicate the periods of time lost and the amount of income lost, if any, stating in complete detail how you compute such a loss.

9. If you were self-employed at the time of the incident and you claim to have lost any income solely as a result of this incident, fully describe your business, firm or partnership and state how much net income you claimed to have lost and explain in complete detail how you compute such loss.

10. If you were self-employed at the time of the incident, state how much gross and how much net income you realized from your business for each of the three (3) full calendar years or fiscal years immediately preceding this incident, and also for the period of time thereafter to the present time. (If you were engaged in a partnership or joint venture, supply such amounts for the firm, and separately supply the percentage and amount of your actual participation in the net income for such periods of time, and what your normal per cent of participation is.)

11. Do you have in your possession or under your control any books, papers, documents, ledgers, or records which will support your claimed loss of salary, wage, or business income. If so, please describe and identify them and state who has custody of them and where they are located.

12. State the name and last known address(es) of all witnesses known to you who have witnessed any parts or portions of the alleged incident and/or who might otherwise have knowledge of the same. If said individuals are related to you by blood or marriage, please so state the relationship.

13. If you have been convicted of any crimes within the last ten (10) years, for each said conviction, state the charge, the disposition, the court and date of judgment/conviction.

14. Describe all injuries, mental and physical, allegedly sustained in this incident, including in your answer the duration of each and when partial and full recovery was made.

15. Describe the alleged incident in question, identifying the actions of all parties involved, including all conduct on the part of the defendants that you allege to be wrongful.

16. State the date, time and place of the alleged incident(s) and question.

17. State all addresses, including city and state, which you resided at within the last ten (10) years.

18. Describe your employment history for the last ten (10) years, including each employer, the type and duration of employment.

19. If you were charged with any criminal offense(s) as a result of this incident, state the charges and the disposition of each. Include all court appearances and, if you are claiming malicious prosecution, include all fees and expenses related to the defense thereof and to whom paid.

20. If you claim any loss and/or damage to property, please describe the same along with the value at the time of the loss and its replacement cost.

21. If you have ever been declared disabled by any state or federal agency within the last ten (10) years, please provide the details thereof, including the disability, the dates and duration thereof and the agency involved.

22. State the name, address, area of expertise, and qualifications of any expert witness you have retained to testify on your behalf at trial and with respect to each, provide:

(a) the subject matter on which the expert is expected to testify;

(b) the facts and opinions to which each expert is expected to testify;

(c) a summary of the grounds for each opinion of each expert;

(d) all treatises, texts or articles relied upon by the expert in forming each such opinion; and

(e) all tests, inspections, studies, calculations or experiments relied upon by the expert in forming each such opinion.

23. Outline your work, physical and social schedule for the twenty-four (24) hour period immediately preceding the incident.

24. Did you consume or take any alcoholic beverages and/or drugs/medication within a twenty-four (24) hour period before said incident? If so, state the type and quantity consumed and the time and place thereof.

25. If you claim that you offered no physical resistance, then so state, and if you did offer physical resistance of any nature, then describe it and identify any witnesses thereto.

26. Describe your military service, if any, to include branch and dates of service, your military identification number, type of discharge, and all injuries (both mental and physical) sustained, which required treatment and/or healing time of greater than two weeks.

27. State the name and address of any psychologist, psychiatrist, social worker and/or social services agency which has provided treatment and/or services to you during your adult life, and for each, give the approximate dates of treatment and the malady/condition you were seen for.

DEFENDANT,
By his Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on Oct. 13, 2004 to:

Charles Michael Bradley, Esq.
39 Grove Ave.
Westerly, RI 02891