MJC:jmr 6615/5 Pleading/66155MTC.wpd

FILED
NOV 26 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM MAYNES | : | |
| | : | |
| v. | : | C.A. NO.: 04-276T |
| | : | |
| ARTHUR BURTON, JAMES CAMPBELL and ETSUKO ZUCZEK, in her capacity as Treasurer of THE TOWN OF WESTERLY | : | |

**DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now come the defendants, Arthur Burton and James Campbell and move to compel the plaintiff to respond to those interrogatory questions propounded by these defendants, on the plaintiff, on or about October 13, 2004, which are attached hereto. To date, no responses and/or objections have been received from the plaintiff. Your defendants request that the plaintiff be compelled to provide said responses on or before December 13, 2004. No separate memorandum of law is required, pursuant to local rules.

DEFENDANTS,
By their Attorney,

[signature]

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Referred to M.J. Almond
☐ for findings & recommendation
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 12/14/04

GRANTED ABSENT OBJECTION. 12/15/04
[signature]
USMJ

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

[signature]

10