**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

William Maynes :
:
Plaintiff :
:
v. : C.A. No.: 04-276T
:
Arthur Burton, et al. :
:
Defendants :

**OBJECTION**

Now comes counsel for the Rhode Island State Police and pursuant to Federal Court Rules of Civil Procedure 45 (C)(2)(b) hereby objects to that Subpoena dated February 2, 2005, returnable February 10, 2005, copy of which is attached hereto. Counsel objects on the following grounds:

The records sought are protected from disclosure by the provisions of 28 U.S.C. 534, 5 U.S.C.§9101, R.I.G.L. 42-28-16 and R.I.G.L. §38-2-2(4)(i) and are otherwise privileged and protected from disclosure. No exception or waiver applies to these privileges.

Compliance with this overbroad Subpoena would impose an undue burden on a State law enforcement agency without good reason.

12

Respectfully Submitted,

STATE OF RHODE ISLAND
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Richard B. Woolley

Richard B. Woolley #1452
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 3rd day of February, 2005 to those indicated below:

Adrienne Roy

Charles Michael Bradley
39 Grove Avenue
Westerly, RI 02891

Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886