**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| William Maynes | : | |
| Plaintiff | : | |
| V. | : | C.A. NO.: 04-276T |
| Arthur Burton, et al | : | March 3, 2005 |
| Defendants | : | |

**MOTION FOR AN EXTENSION OF CLOSURE DATE**

The plaintiff hereby requests and extension of time of sixty (60) days beyond the disclosure date already existing of April 15, 2005 for the following reasons:

1. The Defendant has requested and presumably will be granted an extension of time within which to comply with discovery of thirty (30) days. The plaintiff needs to conduct depositions of several additional members of the Westerly Police Department which cannot be taken until such time as the written discovery is complied with.

2. Additionally, the Plaintiff underwent shoulder surgery on October 27, 2004 for an injury related to this litigation and has not reached maximum medical improvement.

13

Plaintiff,
By his Attorney,

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891
401-596-0808
Federal Bar No.: 305353

CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 2 day of March, 2005, to the person or person indicated below:

Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Charles Michael Bradley