**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| William Maynes | : | |
| Plaintiff | : | |
| V. | : | C.A. NO.: 04-276T |
| Arthur Burton, et al | : | April 11, 2005 |
| Defendants | : | |

**PLAINTIFF'S MOTION TO COMPEL**

Now comes the plaintiff in the above-captioned matter and moves this Honorable Court for an Order compelling the Records Keeper for the Rhode Island State Police to appear at the offices of Attorney Michael Bradley pursuant to a Subpoena that was served upon the Record Keeper of the Rhode Island State Police, said Subpoena being attached as marked as Exhibit "A", for reasons more particularly described in the plaintiff's Memorandum appended hereto.

Plaintiff,
By his Attorney,

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891
401-596-0808



16

Federal Bar No.: 305353

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 11 day of April, 2005, to:

Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Richard B Woolley, Esq.
Special Assistant Attorney General
150 South Min Street
Providence, RI 02903

Charles Michael Bradley

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| William Maynes | : | |
| Plaintiff | : | |
| V. | : | C.A. NO.: 04-276T |
| Arthur Burton, et al | : | April 11, 2005 |
| Defendants | : | |

**PLAINTIFF, WILLIAM MAYNES' MEMORANDUM IN RESPONSE TO THE OBJECTION FILED BY THE STATE OF RHODE ISLAND STATE POLICE**

## Introduction

The plaintiff, William Maynes, maintains a civil rights action against the Westerly Police Department and individual police officers based in part on his claim that in December of 2003, he was pulled over by a Westerly police officer who, rather than having a reasonable and articulable suspicion of criminal activity, was motivated by retribution stemming from a prior incident between another officer of the Westerly police department and the plaintiff.

**MICHAEL BRADLEY** • *ATTORNEY AT LAW*
39 GROVE AVENUE • WESTERLY, RHODE ISLAND 02891 • (401) 596-0808 • JURIS NO. 305353 • R.I. CODE 3551

The defendants maintain, as they must, that the stop was a routine one related to the plaintiff's violation of certain traffic laws, particularly, failing to stop at a stop sign and operating his vehicle at 50 mph in a 40 mph zone.

Probative of the issue of whether the traffic stop was "routine" would be whether the officers involved actually ran a check on the plaintiff's license and registration, as they claim to have done, and whether they ran that check at the time of the stop or only at a time after the stop in an effort to make the stop appear to have been "routine".

In an effort to explore this issue, the plaintiff noticed the Rhode Island State Police Record Keeper of a deposition seeking to examine certain records of the Rhode Island State Police. A copy of this Subpoena is attached and marked Exhibit "A".

The Rhode Island State Police have filed an objection to the Subpoena claiming that 28 U.S.C. 534, 5 U.S.C. §9109, R.I.G.L. 42-28-16 and R.I.G.L. 38-2-2(4)(i) protect the records from disclosure and have also objected on the basis that the requested information is somehow generally "privileged and protected from disclosure".

28 U.S.C. 534, 5 U.S.C. §9109, and R.I.G.L. 42-28-16 do not support the Rhode Island State Police position that the information sought is protected.

**MICHAEL BRADLEY** • *ATTORNEY AT LAW*
39 GROVE AVENUE • WESTERLY, RHODE ISLAND 02891 • (401) 596-0808 • JURIS NO. 305353 • R.I. CODE 3551

R.I.G.L. 38-2-2(4)(D) would suggest that records maintained by law enforcement agencies are protected from public disclosure under certain circumstances, but no subpart of that section would apply here.

The question of whether a check was even run on the plaintiff's license and registration by the defendant police officer is probative of the issue of whether the plaintiff was stopped for a legitimate law enforcement reason. If, as alleged, the police officer defendants stopped the plaintiff in retribution for prior alleged acts of the plaintiff, the plaintiff should be entitled to examine the records of the Rhode Island State Police to determine whether the police officers actually ran a check on his personal information and, if so, what time that check was made. The Rhode Island State Police have offered no basis for supporting their objection to the Subpoena duly served upon them and the plaintiff would respectfully request that their objection to the Subpoena or to the production of the information be sought be overruled, and that they be compelled to respond to the Subpoena.

Plaintiff,
By his Attorney,

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891
401-596-0808
Federal Bar No.: 305353

CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing document was mailed on this 11 day of April, 2005, to the persons indicated below:

Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Richard B Woolley, Esq.
Special Assistant Attorney General
150 South Min Street
Providence, RI 02903

Charles Michael Bradley

EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| William Maynes | : | |
| Plaintiff | : | |
| V. | : | C.A. NO.: 04-276T |
| Arthur Burton, et al | : | January 28, 2005 |
| Defendants | : | |

**SUBPOENA DUCES TECUM**

**To:** Records Keeper
Rhode Island State Police
311 Danielson Pike
North Scituate, RI 02857

**GREETINGS:**

By the authority of the State of Rhode Island, you are hereby commanded to appear at the law offices of Charles Michael Bradley, 39 Grove Avenue, Westerly, RI 02891 on Thursday, February 10, 2004 at 10:00 a.m.

The Records Keeper is requested to bring with her copies of any and all records kept by the Rhode Island State Police concerning any check or checks run by the Westerly Police Department on the vehicle or person of William Maynes on December 27, 2003.

Dated at Westerly, Rhode Island this 28th day of January, 2005.

To any proper officer or indifferent person to serve and return.

Charles Michael Bradley
Commissioner of the Superior Court

RECEIVED
FEB 10 2005
SHERIFF'S OFFICE

**MICHAEL BRADLEY** • *ATTORNEY AT LAW*
39 GROVE AVENUE • WESTERLY, RHODE ISLAND 02891 • (401) 596-0808 • JURIS NO. 305353 • R.I. CODE 3551

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via regular mail on this 31 day of January 2005 to:

Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Charles Michael Bradley

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| William Maynes | : | |
| Plaintiff | : | |
| V. | : | C.A. NO.: 04-276T |
| Arthur Burton, et al | : | January 28, 2005 |
| **Defendants** | : | |

**NOTICE OF RECORDS DEPOSITION**

*Please take notice that on* Thursday, February 10, 2005 at 10:00 a.m. the attorney for the plaintiff will take the deposition of the Keeper of Records for the Rhode Island State Police for the purpose of discovery or for use as evidence, or both, before the court reporters of Shea and Driscoll, or other competent authority.

THE PLAINTIFF,

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891
(401) 596-0808
Federal Bar No.: 3551

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via regular mail on this 31 day of January, 2005 to:

Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

## RETURN OF SERVICE

I served this Subpoena on the named witness by delivering a copy to him/her and by tendering to him/her fees for one day's attendance and mileage.

| For service by the Sheriff/Deputy Sheriff | | | |
|---|---|---|---|
| FEES | | | |
| SERVICE $ | PAID WITNESS $ | DATE 2/2/05 | SHERIFF/DEPUTY SIGNATURE [signature] #100<br>SHERIFF/DEPUTY PRINT NAME BRIAN SCHULZE |

| For service by a Constable or other person | | | |
|---|---|---|---|
| FEES | | | |
| SERVICE $ | PAID WITNESS $ | DATE | CONSTABLE OR OTHER PERSON SIGNATURE<br>CONSTABLE OR OTHER PERSON PRINT NAME |

| Signature of Constable or other person must be notarized | | |
|---|---|---|
| PRINT NAME | ☐ CONSTABLE<br>☐ OTHER PERSON | Swear that I made service on the named witness. |
| DATE | PLACE | NOTARY PUBLIC SIGNATURE |
| | | NOTARY PUBLIC PRINT NAME |