**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| William Maynes | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No.: 04-276T |
| | : | |
| Arthur Burton, et al. | : | |
| | : | |
| Defendants | : | |

**OBJECTION TO MOTION TO COMPEL**

Now comes counsel for the Rhode Island State Police and pursuant to Federal Rules of Civil Procedure 45 (C)(2)(b) hereby objects to Plaintiff's Motion to Compel compliance with that Subpoena dated February 2, 2005, returnable February 10, 2005, copy of which is attached hereto. Counsel objects on the following grounds:

The Subpoena, on its face, fails to comply with Federal Court Rules of Civil Procedure 45(A)(2).

The records sought are protected from disclosure by the provisions of 28 U.S.C. 534, R.I.G.L. 42-28-16 and R.I.G.L. §38-2-2(4)(i) and are otherwise privileged and protected from disclosure. No exception or waiver applies to these privileges.

18

Respectfully Submitted,

STATE OF RHODE ISLAND
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Richard B. Woolley

Richard B. Woolley #1452
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 15th day of April, 2005 to those indicated below:

Carol Collins

Charles Michael Bradley
39 Grove Avenue
Westerly, RI 02891

Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

FILED