**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| William Maynes | : | |
| Plaintiff | : | |
| v. | : | C.A. No.: 04-276T |
| Arthur Burton, et al. | : | |
| Defendants | : | |

**OBJECTION**

Now comes counsel for the Rhode Island State Police and pursuant to Federal Court Rules of Civil Procedure 45 (C)(2)(b) hereby objects to that Subpoena dated April 20, 2005, returnable May 6, 2005, copy of which is attached hereto. Counsel objects on the following grounds:

The records sought are protected from disclosure by the provisions of 28 U.S.C. 534, 5 U.S.C.§9101, R.I.G.L. 42-28-16 and R.I.G.L. §38-2-2(4)(i) and are otherwise privileged and protected from disclosure. No exception or waiver applies to these privileges.

This matter is already before this Court on Plaintiff's Motion to Compel compliance with a prior, defective subpoena seeking the same documents and on the Motion filed on behalf of the Rhode Island State Police to Quash the Subpoena or in the Alternative for a Protective Order together with an objection to the Motion to Compel.

19

Respectfully Submitted,

STATE OF RHODE ISLAND
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Richard B. Woolley

Richard B. Woolley #1452
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 26th day of April, 2005 to those indicated below:

Carol Collins

Charles Michael Bradley
39 Grove Avenue
Westerly, RI 02891

Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF

Rhode Island

William Maynes

V.

Arthur Burton, etal

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 04-276T

TO: Keeper of Records
Rhode Island State Police
311 Danielson Pike
North Scituate, RI 02857

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Law Office of Charles Michael Bradley<br>39 Grove Avenue, Westerly, RI 02891 | May 6, 2005<br>at 11:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): copies of any and all records kept by the Rhode Island State Police concerning any check or checks run by the Westerly Police Department on the vehicle or person of William Maynes on December 27, 2003.

| PLACE | DATE AND TIME |
| --- | --- |
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Plaintiff's Attorney [signature] | 4/20/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Charles Michael Bradley, Esq.
39 Grove Avenue, Westerly, RI 02891 (401)596-0808

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| William Maynes | : | |
| Plaintiff | : | C.A. NO.: 04-276T |
| v. | : | |
| Arthur Burton, et al | : | April 20, 2005 |
| Defendants | : | |

## NOTICE OF DEPOSITION

Please take notice that on Friday, May 6, 2005 at 11:00 a.m. the attorney for the plaintiff will take the deposition of the Keeper of Records for the Rhode Island State Police for purpose of discovery or for use as evidence, or both, before the court reporters of Shea and Driscoll, or other competent authority.

THE PLAINTIFF,

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891
(401)596-0808
Federal Bar No.: 3551

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via certified mail, return receipt requested, on this 21 day of April, 2005 to:

Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Charles Michael Bradley, Esq.