MJC:co 6615/5

AO 88 (Rev. 11/91) Subpoena in a Civil Ca...

# United States District Court

DISTRICT OF RHODE ISLAND

WILLIAM MAYNES

V.

## SUBPOENA IN A CIVIL CASE

ARTHUR BURTON, JAMES CAMPBELL and ETSUKO ZUCZEK, in her Capacity as Treasurer of THE TOWN OF WESTERLY

CASE NUMBER: 04-276T

TO: Keeper of Records of Pedro Romero, M.D. at Advanced Orthopaedics and Sports Medicine, 155 Main Street, Manchester, CT 06040

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

XX YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See Exhibit A attached hereto

| PLACE | DATE AND TIME |
|---|---|
| Olenn & Penza, 530 Greenwich Avenue, Warwick, RI 02886 | May 16, 2005 at 3:15 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 4-14-05 |

SCANNED

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael J. Colucci, Esq. #3302
Olenn & Penza, 530 Greenwich Avenue, Warwick, RI 02886 (401-737-3700)

26

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# EXHIBIT A

A true and accurate copy of all medical records for treatment rendered to William W. Maynes (D.O.B. 4/18/48 and S.S.N. 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) for each, all and every injury, disease or malady up to and including the present; but not limited to, all copies of all office notes and notations; treatment notes; reports (either yours or received by others); correspondence to or from third-parties such as attorneys insurers or other health care facilities; laboratory test results; x-ray reports and films; and any other document, not already described above, relating to William W. Maynes.

MJC:co 6615/5 \pleading\66155Ex A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**WILLIAM MAYNES**

Plaintiff(s), Petitioner(s)

*against*

**ARTHUR BURTON, JAMES CAMPBELL AND ETSUKO, IN HER CAPACITY AS TREASURER OF THE TOWN OF WESTERLY**

Defendant(s), Respondent(s)

**CLIENT: Michael J. Colucci, Esquire**

**INDEX NO.: 04 276 T**

**RETURN DATE: 5/16/2005**

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michael Walton being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **April 22, 2005 at 12:15 PM at Advanced Orthopaedics and Sports Medicine, 155 Main Street, Manchester, CT 06040,** deponent served the **Subpoena In A Civil Case w/Notice of Deposition** upon **Pedro Romero, M.D.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering thereat a true copy *of each* **Subpoena In A Civil Case w/Notice of Deposition** to **Justin Mortimer, Billing Specialist,** a person of suitable age and discretion. That person was also asked by deponent whether said premises was the Recipient's actual place of business or usual place of abode and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Brown** Age(Approx): **21-35** Height(Approx): **5'9" - 6'** Weight(Approx): **131-160 lbs**

I asked the person spoken to if the Recipient was in active military service of the United States or the State of Connecticut in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Recipient is not in the military service of Connecticut State or the United States as that term is defined in the statues of Connecticut State or the Federal Soldiers and Sailors Civil Relief Act.

I also tendered and paid the sum of $40.00, (Forty Dollars and Zero Cents), being the fee for one day's attendance and travel, at the time and place of service.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Michael Walton, Private Process Server

Sworn to before me on April 22, 2005

Notary Public
My Commission Expires: 08/31/2009

KEITH D. NIZIANKIEWICZ NOTARY PUBLIC CONNECTICUT

☐ Pedro A. Romero, M.D. ☐ Karl S. Neubecker, P.A.-C.

Advanced Orthopaedics