UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
APR 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

William Maynes

Plaintiff

V.

Arthur Burton, et al

Defendants

C.A. NO.: 04-276T

April 11, 2005

## PLAINTIFF'S MOTION TO COMPEL

Now comes the plaintiff in the above-captioned matter and moves this Honorable Court for an Order compelling the Records Keeper for the Rhode Island State Police to appear at the offices of Attorney Michael Bradley pursuant to a Subpoena that was served upon the Record Keeper of the Rhode Island State Police, said Subpoena being attached as marked as Exhibit "A", for reasons more particularly described in the plaintiff's Memorandum appended hereto.

Plaintiff,
By his Attorney,

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891
401-596-0808

5/6/05: GRANTED FOR THE REASON STATED AT TODAY'S HEARING.
LSMO

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 4/10/05

5-6-05 @ 10:00 A.M.

28

# EXHIBIT A

A true and accurate copy of all medical records for treatment rendered to William W. Maynes (D.O.B. 4/18/48 and S.S.N. 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) for each, all and every injury, disease or malady up to and including the present; but not limited to, all copies of all office notes and notations; treatment notes; reports (either yours or received by others); correspondence to or from third-parties such as attorneys insurers or other health care facilities; laboratory test results; x-ray reports and films; and any other document, not already described above, relating to William W. Maynes.

MJC:co 6615/5 \pleading\66155Ex A