UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
APR 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

William Maynes

Plaintiff

v. : C.A. No.: 04-276T

Arthur Burton, et al.

Defendants

5/6/05: DENIED FOR THE REASONS STATED AT TODAY'S HEARING. USMJ

**MOTION TO QUASH SUBPOENA**
**OR IN THE ALTERNATIVE**
**MOTION FOR PROTECTIVE ORDER**

Now comes counsel for the Rhode Island State Police and pursuant to Federal Rules of Civil Procedure 45(C) hereby moves this Court to Quash the Subpoena at issue herein (copy hereto attached) or in the alternative moves for a protective order limiting the scope of disclosure consistent with Federal and State law. The grounds for this Motion are more fully set forth in the State's Memorandum of Law submitted herewith.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 4/20/05

Respectfully Submitted,

STATE OF RHODE ISLAND
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Richard B. Woolley

Richard B. Woolley #1452
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995

29