**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-276T** **DATE: May 6, 2005**

**TITLE:** **WILLIAM MAYNES v. ARTHUR BURTON, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Ch[illegible]dley, Esq.
Michael Colucci, Esq.

**PROCEEDINGS:**

Plaintiff's Motion to Compel
Motion to Quash Subpoena or in the alternative Motion for Protective Order

Attorneys argue.

**RULING:**

**Motion to Compel - Granted**
**Motion to Quash - Denied**
**Order to follow by Court**

**30**