MJC:ljc 6615/5 \pleading\66155MotionForProtectiveOrder

FILED
MAY 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM MAYNES :

VS. : C.A. NO. 04-276T

ARTHUR BURTON, ET AL :

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS**

Now comes the defendants, and move that this Court issue an order precluding the following depositions from going forward on the dates scheduled. Defendants request that they be rescheduled to a date after June 1, 2005.

Additionally, with respect to deponent Renato Garcia (a person confined to prison), the defendants object and move to preclude his deposition from going forward, until such time as the plaintiff obtains the proper court order from this Court allowing the same.

Howard Mills, May 18, 2005;

David Westervelt, May 18, 2005;

Renato Garcia, May 24, 2005; and

Stephen Baker, May 25, 2005.

In support hereof, your defendants have attached a memorandum of law.

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 5/16/05

5/16/05: GRANTED WITHOUT PREJUDICE TO PLAINTIFF RESCHEDULING THE DEPOS. AND PLAINTIFF'S PENDING FRCP 30 MOTION AS TO THE GARCIA DEPO. AS TO THE JUNE 15 CLOSURE DATE, COUNSEL ARE REMINDED THAT CJ TORRES' Pre-trial Order permits post-closure date discovery by agreement of counsel and pretrial memos are not due until Aug. 15.
USMJ

33