AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

WILLIAM MAYNES

V.

## SUBPOENA IN A CIVIL CASE

ARTHUR BURTON, ET AL

CASE NUMBER: 04-276T

TO: Keeper of Records of
Rockville Hospital
31 Union Street
Vernon, Connecticut 06066

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit A attached.

| PLACE | DATE AND TIME |
|---|---|
| OLENN & PENZA, LLP<br>530 Greenwich Avenue<br>Warwick, Rhode Island 02886 | May 25, 2005<br>@ 2:00 P.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR ~~XXXXXXX~~ DEFENDANT) | DATE |
|---|---|
| [signature] | April 29, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER MICHAEL J. COLUCCI, ESQ. #3302
530 Greenwich Avenue
Warwick, Rhode Island 02886 (401) 737-3700

34

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**EXHIBIT A**

A true and accurate copy of all medical records for treatment rendered to William W. Maynes (D.O.B. 4/18/48; Social Security No. 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) for each, all and every injury, disease or malady up to and including the present; but not limited to, all copies of all office notes and notations; treatment notes; reports (either yours or received by others); correspondence to or from third-parties such as attorneys insurers or other health care facilities; laboratory test results; x-ray reports and films; and any other document, not already described above, relating to William W. Maynes.

MJC:ljc 6615/5

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **WILLIAM MAYNES** Plaintiff(s), Petitioner(s) *against* **ARTHUR BURTON, ET AL** Defendant(s), Respondent(s) | **CLIENT: Michael J. Colucci, Esquire** **INDEX NO.: 04-276T** **RETURN DATE: 5/25/2005** **JUSTICE: 6615/5** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michael Walton being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **May 10, 2005 at 10:15 AM at Keeper of Records, 31 Union Street, Rockville, CT 06066,** deponent served the **Subpoena In A Civil Case w/Notice of Deposition** upon **Rockville General Hospital**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Subpoena In A Civil Case w/Notice of Deposition** with **Eileen Remillard** a person who is known to be the **H.I.M.** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Subpoena In A Civil Case w/Notice of Deposition**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Blonde** Age(Approx): **51-65** Height(Approx): **5'0" - 5'3"** Weight(Approx): **100-130 lbs**
Other: **Glasses**

I also tendered and paid the sum of $40.00, (Forty Dollars and Zero Cents), being the fee for one day's attendance and travel, at the time and place of service.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Michael Walton, Private Process Server

Sworn to before me on May 10, 2005

Notary Public
My Commission Expires: 08/31/2009

KEITH D. NIZIANKIEWICZ NOTARY PUBLIC CONNECTICUT

FCHN