**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| William Maynes<br><br>Plaintiff<br><br>v.<br><br>Arthur Burton, et al<br><br>Defendants | : | C.A. NO.: 04-276T<br><br>May 16, 2005 |

**OBJECTION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER DATED MAY 13, 2005**

The defendants have filed a Motion for Protective Order based upon two theories. With respect to Renato Garcia, an incarcerated person, the defendants object based upon the plaintiff's failure to obtain leave of court prior to taking the deposition. This is an argument to which the plaintiff accedes and has simultaneously herewith filed a request with this court for leave to take the deposition of Renato Garcia.

With respect to the other depositions which the plaintiff has noticed, he is hardly in a position to acquiesce in the conflict between counsel's vacation and the depositions, since the June 15, 2005 closure date for discovery in this matter is one (1) month away, and the June 15, 2005 closure date, reflects an extension of sixty (60) days from the original closure date, which extension was granted by the Court with the caveat that no further extensions would be granted.



36

Moreover, the plaintiff was never made aware of Attorney Colucci's court excusal until quite recently.

WHEREFORE, the plaintiff has no choice but to object to the defendants' Motion for Protective Order and requests that if such a protective order is granted, that the parties be allowed to extend the closure date by another thirty (30) days limited to the taking of depositions and that the parties not be allowed any further extensions of time for other purposes, such as expert disclosure.

THE PLAINTIFF
WILLIAM MAYNES

BY HIS ATTORNEY

Charles Michael Bradley
39 Grove Ave.
Westerly, RI 02891
(401) 596-0808
Fed. Bar No.: 3551

**CERTIFICATION**

I hereby certify that a copy of the foregoing *Objection to Motion for Protective Order* was mailed this 10 day of May, 2005 to the following counsel of record:

Attorney Michael J. Colucci
Olenn & Penza, LLP
530 Greenwich Ave.
Warwick, RI 02886

Michael Bradley