FILED
JUN 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| William Maynes | : | |
| Plaintiff | : | C.A. NO.: 04-276T |
| v. | : | |
| Arthur Burton, et al. | : | |
| Defendants | : | May 31, 2005 |

**MOTION TO AMEND COMPLAINT**

Pursuant to F.R.C.P. 15, the plaintiff hereby moves for leave to amend his Complaint pursuant to the appended *Amended Complaint.*

**THE PLAINTIFF**

By: [signature]
Charles Michael Bradley
39 Grove Ave.
Westerly, RI 02891
401-596-0808
Fed. Bar #: 3551

DENIED for failure to comply with Local Rule 12(a)(1).

[signature]

Ernest C. Torres, Chief Judge
7/7/05

**CERTIFICATION**

I hereby certify that a copy of the foregoing *Motion to Amend Complaint* with *Amended Complaint* was mailed this 31 day of May, 2005 to the following counsel of record:

Attorney Michael J. Colucci
Olenn & Penza, LLP
530 Greenwich Ave.
Warwick, RI 02886

Charles Michael Bradley