**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-276T** **DATE: July 14, 2005**

**TITLE:** **William Maynes v. Arthur Burton, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Charles Bradley, Esq.
Michael Colucci, Esq.
James Cambio, Esq.

**PROCEEDING:** Tax Administrator's Motion to Quash Subpoena and for Protective Order

Attorneys argue.

**RULING:** **Stay order as to production.**
**Court reviews document.**
**Court directs information to be redacted.**
**Order to follow.**