**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CA04-276T **DATE**: July 14, 2005
**TITLE OF CASE:** William Maynes v. Arthur Burton et al.

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Plaintiff: Charles Bradley, Esq.

Defendant: Michael Colucci, Esquire

---

**PROCEEDINGS:** **Hearing on Defendant's Motion to Enlarge Time of Discovery Closure Date, Plaintiff's Motion for Leave to Take in Excess of 10 Depositions and Plaintiff's Motion to Adjudge in Contempt and Compel**

July 14, 2005: All counsel of record present. Court Addresses. Counsel argues motions before the Court. Court grants Defendant's Motion to Enlarge Time of Discovery Closure Date up to and including August 15,2005. No further extensions. Court grants Plaintiff's Motion to Compel. Court grants Plaintiff's Motion for Leave to Take in Excess of 10 Depositions to the extent specified in open court. Pretrial memorandums due by the close of business on September 1, 2005.

Adjourned