**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM MAYNES,

Plaintiff,

vs. C.A. No. 04-276T

ARTHUR BURTON, ET AL.

Defendants.

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY CLOSURE DATE

For reasons stated in open court, Defendants' Motion for Extension of Discovery Closure Date is granted. The discovery closure date is hereby extended to August 15, 2005, and pretrial memos are due by the end of the business day on September 1, 2005. No further extensions will be granted.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: July 15 , 2005