**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM MAYNES,

Plaintiff,

vs. C.A. No. 04-276T

ARTHUR BURTON, ET AL.

Defendants.

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO TAKE IN EXCESS OF TEN (10) DEPOSITIONS AND TO TAKE DEPOSITION OF RENATO GARCIA, AN INCARCERATED PERSON

For reasons stated in open court, Plaintiff's Motion for Leave of Court to Take in Excess of Ten Depositions and to Take Deposition of Renato Garcia, an Incarcerated Person, is granted to the following extent.

Plaintiff may depose any employee of the auto dealership across the street from the where the incident in question took place who may have firsthand knowledge of what happened and may also depose Defendant's orthopedic surgeon who will be testifying as an expert witness.

Additionally, Plaintiff may reconvene the deposition of Sean Lacey for the purpose of inquiring into the actual and reported price(s) Lacey paid for a Porsche he purchased from Renato Garcia. The Plaintiff also may take the deposition of Renato Garcia provided the Plaintiff is unable to obtain from Lacey, the

Defendants, or the Rhode Island Department of Motor Vehicles, valid documentation bearing on those issues.

If Plaintiff chooses to depose Garcia, each side shall bear its own expenses unless Garcia refuses to answer questions posed to him, in which case the Plaintiff must pay the Defendants' expenses.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: July 15, 2005