**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM MAYNES,

Plaintiff,

vs. C.A. No. 04-276T

ARTHUR BURTON, ET AL.

Defendants.

ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR CONTEMPT PURSUANT TO RULES 37 AND 45 OF THE FEDERAL RULES OF CIVIL PROCEDURE

For reasons stated in open court, Plaintiff's Motion to Compel and Motion for Contempt is granted to the following extent.

Sean Lacey is ordered to comply with Plaintiff's subpoena requesting documents relating to the actual and reported price(s) of the Porsche he purchased from Renato Garcia. Lacey is also ordered to answer deposition questions on the same topic.

Plaintiff's Motion for Contempt is denied.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: July 15 , 2005