UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM MAYNES | : | |
| | : | |
| v. | : | C.A. No. 04-276T |
| | : | |
| ARTHUR BURTON, et al. | : | |

# ORDER

On July 15, 2005, this Court issued a Memorandum and Order (Document No. 45) regarding a Motion to Quash Subpoena and for Protective Order (Document No. 37) filed by R. Gary Clark, Tax Administrator for the State of Rhode Island pursuant to R.I. Gen. Laws § 44-19-30. In its Memorandum and Order, the Court found that Plaintiff had made a sufficient showing of need and relevance under the broad standard of Fed. R. Civ. P. 26(b)(1) to warrant an order requiring disclosure of the requested motor vehicle sales tax return. The Memorandum and Order ordered the Tax Administrator to produce the motor vehicle sales tax return, but the Memorandum and Order was stayed for ten days in order for Sergeant Lacey to be advised of his appeal rights by Defendants' counsel (who is also representing Sergeant Lacey's interests) and determine whether or not he wished to appeal the ruling to Chief Judge Torres. On July 21, 2005, Defendants' Counsel submitted a letter to the Court indicating that there would be no appeal of the Court's Memorandum and Order.

Therefore, the Tax Administrator is ORDERED to produce the motor vehicle sales tax return that was presented to the Court to counsel for Plaintiff and counsel for Defendants within five (5) days of the date of this Order. The Tax Administrator is not ordered to produce the second internal document. In addition, as noted at the Court's July 14, 2005 hearing, the Tax Administrator shall redact Sergeant Lacey's address and social security number from the motor vehicle sales tax return

prior to producing it to counsel for Plaintiff and counsel for Defendants in this case. Further, both counsel for Plaintiff and counsel for Defendants are ORDERED to maintain the confidentiality of this motor vehicle sales tax return and to use it only for purposes of litigating this case and not produce the document to any third parties.

LINCOLN D. ALMOND
United States Magistrate Judge
July 22, 2005