**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| William Maynes | : | |
| Plaintiff | : | C.A. NO.: 04-276T |
| v. | : | |
| Arthur Burton, et al | : | |
| Defendants | : | July 11, 2005 |

**MOTION FOR RECONSIDERATION**

The plaintiff in the above-captioned matter hereby respectfully requests that the Court reconsider its denial of the plaintiff's *Motion to Amend Complaint* dated May 31, 2005. The order of the Court indicates that the *Motion to Amend Complaint* was "denied for failure to comply with Local Rule 12(1)". The plaintiff attaches his *Memorandum of Law* in support of his Motion to Amend.

THE PLAINTIFF

Charles Michael Bradley
39 Grove Ave.
Westerly, RI 02891
(401) 596-0808
Fed. Bar No.: 3551

## CERTIFICATION

I hereby certify that a copy of the foregoing *Motion for Reconsideration (with attached Memorandum of Law in Support thereof)* was mailed this 18 day of July, 2005 to the following counsel of record:

Attorney Michael J. Colucci
Olenn & Penza, LLP
530 Greenwich Ave.
Warwick, RI 02886

Charles Michael Bradley

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| William Maynes | : | |
| Plaintiff | : | C.A. NO.: 04-276T |
| v. | : | |
| Arthur Burton, et al | : | |
| Defendants | : | July 15, 2005 |

**MEMORANDUM IN SUPPORT MOTION TO AMEND**

The plaintiff here by submits this *Memorandum in Support of his Motion* to Amend dated May 31,2005.

F.R.Civ.P. 15 provides that a party may amend his pleadings at this stage only with leave of Court or by written consent of the adverse party and further provides that such leave shall freely be given when justice so requires.

The Plaintiff originally submitted a Motion to amend his Complaint before the expiration of the closure date which, at the time of the submission, was June 15, 2005 and is now August 15, 2005. There is nothing in the Amended Complaint which will work a hardship upon the defendant as it merely elaborates on prior factual claims and more specifically relates those claims to various causes of action.

The original Motion to Amend the Complaint was denied for failure to conform with local rule 12.

THE PLAINTIFF

Charles Michael Bradley
39 Grove Ave.
Westerly, RI 02891
(401) 596-0808
Fed. Bar No.: 3551

**CERTIFICATION**

I hereby certify that a copy of the foregoing *Memorandum in support of Motion to Amend* was mailed this 18 day of July, 2005 to the following counsel of record:

Attorney Michael J. Colucci
Olenn & Penza, LLP
530 Greenwich Ave.
Warwick, RI 02886

Charles Michael Bradley