UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WILLIAM MAYNES

           v.           CA No. 04-276-T

ARTHUR BURTON, et al.

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff's motion for reconsideration of his motion to amend is hereby DENIED for the following reasons:

1. Plaintiff has provided no reason why his original motion should be reconsidered.

2. Plaintiff has failed to explain the purpose of the proposed amendment and/or why the motion to amend should be granted.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
_____
Ernest C. Torres
Chief Judge

Date: 8/9, 2005