# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

WILLIAM MAYNES

V.

ARTHUR BURTON, ET AL

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 04-276T

TO: J. Yusuf Essack, M.D.
13 E. Middle Turnpike
Manchester, Connecticut 06040

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Office of J. Yusuf Essack, M.D.<br>13 E. Middle Turnpike, Manchester, CT 06040 | August 25, 2005 @ 10:00 A.M. unless otherwise mutually agreed upon |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendants | August 12, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael J. Colucci, Esq. #3302
530 Greenwich Avenue
Warwick, RI 02886 (401) 737-3700

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **WILLIAM MAYNES** Plaintiff(s), Petitioner(s) | **CLIENT: Michael J. Colucci, Esquire** |
| *against* | **INDEX NO.: 04-276T** |
| **ARTHUR BURTON, ET AL** Defendant(s), Respondent(s) | **RETURN DATE: 8/25/2005** |
| | **JUSTICE: 6615/5** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michael Walton being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **August 25, 2005 at 10:45 AM at 13 East Middle Turnpike, Manchester, CT 06040,** deponent served the **Subpoena In A Civil Case w/Notice of Deposition** upon **J. Yusuf Essack, M.D., P.C.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering thereat a true copy *of each* **Subpoena In A Civil Case w/Notice of Deposition** to **J. Yusuf Essack, M.D., P.C.**, personally; Deponent knew said person so served to be the person mentioned and described as said recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **Brown** Hair: **Black** Age(Approx): **51-65** Height(Approx): **Over 6'** Weight(Approx): **Over 200 lbs**

I asked the Recipient if he/she was in active military service of the United States or the State of Connecticut in any capacity and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Recipient is not in the military service of Connecticut State or the United States as that term is defined in the statues of Connecticut State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Michael Walton, Private Process Server

Sworn to before me on August 25, 2005

Notary Public
My Commission Expires: 08/31/2009

KEITH D. NIZIANKIEWICZ NOTARY PUBLIC CONNECTICUT