UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA04-276T** **DATE: September 20, 2005**

**TITLE: William Maynes v. Arthur Burton, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Karen Zinni**

**IN COURT:**

---

**COUNSEL PRESENT:** Charles Bradley, Esq.
Michael Collucci, Esq.

**PROCEEDING:** Empanelment:

25 potential jurors
14 seated in box
Voir Dire
Challenges
8 jurors empaneled.