AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

William Maynes v. Arthur Burton, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA04-276T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Charles Michael Bradley | Michael J. Colucci |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/11/05-10/13/05; 10/17/05-10/20/05 | Angela Reynolds | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/11/05 | | | W-1 Arthur Burton |
| | I | 10/11/05 | | FULL | Incident Report 12/27/03 |
| 31 | | 10/11/05 | | FULL | Map of Westerly Area |
| 1 | | 10/11/05 | | FULL | Cell Phone Activity - Burton |
| 2 | | 10/11/05 | | FULL | Cell Phone Activity - Campbell |
| 3 | | 10/11/05 | | FULL | RILET Printout of 12/27/03 Westerly Police Contacts re: Maynes |
| | U4 | 10/11/05 | | FULL | Scene Photograph |
| | U5 | 10/11/05 | | FULL | Scene Photograph |
| | U6 | 10/11/05 | | FULL | Scene Photograph |
| | U1 | 10/11/05 | | FULL | Scene Photograph |
| | U2 | 10/11/05 | | FULL | Scene Photograph |
| | | 10/12/05 | | | W-2 James Campbell |
| | | 10/12/05 | | | W-3 Philip Joseph Williams |
| 21 | | | X | | Westerly Police Dept. Protocol re: Radio Telephone Communication |
| 27 | | 10/17/05 | X | FULL | Records Retention Policy - Town of Westerly |
| | | 10/12/05 | | | W-4 Howard Mills |
| 11 | | 10/13/05 | | FULL | Dispatch Record - 12/27/2003 |
| | | 10/13/05 | | | W-5 Thomas L. Toscano |
| | | 10/13/05 | | | W-6 William Maynes |
| | B | 10/13/05 | | FULL | Psychiatric Record of Plaintiff by J. Yusef Essack, M.D. 9/18/03-7/5/05 |
| | F | 10/13/05 | | FULL | 12/13/04 Tate's Package Store "Lost Wage Statement" |
| | X | 10/17/05 | | FULL | Letters dated 7/8/04 from Dr. Romero to Dr. Sharon re:William Maynes |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

William Maynes V. Arthur Burton, et al.

CASE NUMBER: CA04-276T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | C | 10/17/05 | | FULL | Emergency Dept. Record 6/2/94 |
| | Y | 10/17/05 | | FULL | Notes of Dr. Romero re 10/27/04 - Slap Lesion Repair Acromioplasty |
| | U7 | 10/17/05 | | FULL | Scene Photograph |
| | U3 | 10/17/05 | | FULL | Scene Photograph |
| | V | 10/17/05 | | FULL | Physical Therapy Referral |
| | W | 10/17/05 | | FULL | Outpatient Physical Therapy Calendar |
| | D | 10/17/05 | | FULL | 5/4/04-1/27/05 Westerly Hospital Physical Therapy Records |
| | | | | | W-7 Brian Glancy |
| | | | | | W-8 Stephen M. Baker |
| 9 | | 10/17/05 | | FULL | RILET Security Policy |
| | M | 10/17/05 | | FULL | Westerly Police Dept. Civilian Complaint Procedure |
| | | 10/17/05 | | | W-9 Rodrigo Sanchez (Deposition) |
| | | 10/18/05 | | | W-10 Dr. Pedro Romero (Video Deposition) |
| | | 10/18/05 | | | W-11 Nancy J. Zazzera |
| | T | 10/18/05 | | FULL | 12/27/03 Cell Phone Activity - Zazzera |
| | S | 10/18/05 | | FULL | 12/27/03 Westerly Ambulance Corp. Dispatch Sheet and Rescue Report |
| | | 10/18/05 | | | W-12 Robert A. Warner |
| | | 10/18/05 | | | W-13 Spencer Haddow |
| | | 10/18/05 | | | W-14 Dana Paul Gervasini |
| | | 10/19/05 | | | W-15 Shawn Lacey |
| | | 10/19/05 | | | W-16 Dr. Yusef Essack (Video Deposition) |
| | | 10/19/05 | | | W-1 Arthur Burton |
| | K | 10/19/05 | | FULL | 12/27/03 IMC Log Entries for Defendants Burton and Campbell |
| | | 10/19/05 | | | W-2 James Campbell |
| | A | 10/19/05 | | FULL | 9/2/03-9/5/03 Manchester Memorial Hospital Records of William Maynes |
| 4 | | 10/19/05 | | FULL | Pictures of Maynes' Jeep |
| 7 | | 10/19/05 | | FULL | Westerly Police Dept. Use of Force Policy |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

William Maynes V. Arthur Burton, et al.

CASE NUMBER: CA04-276T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 10 | | 10/19/05 | | FULL | Dispatch Record - 12/27/2003 without Mills time |
| 14 | | 10/19/05 | | FULL | Reports, records and bills - Westerly Hospital |
| 15 | | 10/19/05 | | FULL | Reports, records and bills - Dr. Cook/Rockville Orthopedics |
| 16 | | 10/19/05 | | FULL | Reports, records and bills - Dunn's Corners Chiropractic Center |
| 17 | | 10/19/05 | | FULL | Reports, records and bills - Dr. Romero |
| 18 | | 10/19/05 | | FULL | Reports, records and bills - Manchester Hospital |
| 19 | | 10/19/05 | | FULL | MRI records and bills |
| | H | 10/19/05 | | FULL | 5/25/03 DWI Arrest Report of William Maynes |