**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

WILLIAM MAYNES

v. C.A. No. 04-276T

ARTHUR BURTON, ET AL.

**VERDICT FORM**

WE, THE JURY, FIND: (Check one for each claim)

**Count I (Civil Rights Violations)**

Claim Against Arthur Burton

For the Plaintiff,
William Maynes ______

For the Defendant,
Arthur Burton ✓

Claim Against James Campbell

For the Plaintiff,
William Maynes ______

For the Defendant,
James Campbell ✓

**Count VI (False Imprisonment Claim Against Arthur Burton)**

For the Plaintiff,
William Maynes ______

For the Defendant,
Arthur Burton ✓

**Count VII (False Imprisonment Claim Against James Campbell)**

For the Plaintiff,
William Maynes ________

For the Defendant,
James Campbell ✓

**Count VIII (Assault and Battery Claim Against Arthur Burton)**

For the Plaintiff,
William Maynes ________

For the Defendant,
Arthur Burton ✓

**Count IX (Assault and Battery Claim Against James Campbell)**

For the Plaintiff,
William Maynes ________

For the Defendant,
James Campbell ✓

**Damages Against Arthur Burton**

If you find for the Plaintiff, William Maynes, on one or more of his claims against Defendant Arthur Burton, please state the amount of damages awarded, if any:

Compensatory Damages: $________

Nominal Damages: $________

Punitive Damages: $________

TOTAL: $ 0

**Damages Against James Campbell**

If you find for the Plaintiff, William Maynes, on one or more of his claims against Defendant James Campbell, please state the amount of damages awarded, if any:

| | |
|---|---|
| Compensatory Damages: | $ |
| Nominal Damages: | $ |
| Punitive Damages: | $ |
| TOTAL: | $ 0 |

Signature of foreperson: David N. Girard

Date: October 20, 2005 DNG

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

WILLIAM MAYNES

v. C.A. No. 04-276T

ARTHUR BURTON, ET AL.

**JURY INTERROGATORIES**

**Count I (Civil Rights Violations)**

1. Has William Maynes proven that he was detained or arrested in violation of his Fourth Amendment right to be free from unreasonable seizures by:

(a) Arthur Burton?

Check One: Yes: ________ No: ✓

(b) James Campbell?

Check One: Yes: ________ No: ✓

2. Has William Maynes proven that he and/or his property were searched in violation of his Fourth Amendment right to be free from unreasonable searches by:

(a) Arthur Burton?

Check One: Yes: ________ No: ✓

(b) James Campbell?

Check One: Yes: ________ No: ✓

3. Has William Maynes proven that he was subjected to excessive force in violation of his Fourth Amendment right to be free from unreasonable seizures by:

(a) Arthur Burton?

Check One: Yes: ________ No: ✓

(b) James Campbell?

Check One: Yes: ________ No: ✓

If your answer to Interrogatory #1**(a)**, Interrogatory #2**(a)**, and/or Interrogatory #3**(a)** is **yes**, you should return a verdict in favor of the Plaintiff William Maynes on Count I (Civil Rights Violations) against Defendant Arthur Burton.

If your answers to Interrogatory #1**(a)**, Interrogatory #2**(a)**, and Interrogatory #3**(a)** are **all no**, you should return a verdict in favor of the Defendant Arthur Burton on Count I (Civil Rights Violations).

If your answer to Interrogatory #1**(b)**, Interrogatory #2**(b)**, and/or Interrogatory #3**(b)** is **yes**, you should return a verdict in favor of the Plaintiff William Maynes on Count I (Civil Rights Violations) against Defendant James Campbell.

If your answers to Interrogatory #1**(b)**, Interrogatory #2**(b)**, and Interrogatory #3**(b)** are **all no**, you should return a verdict in favor of the Defendant James Campbell on Count I (Civil Rights Violations).

**Counts VI and VII (False Imprisonment)**

4. Has William Maynes proven that he was falsely imprisoned in violation of Rhode Island law by:

(a) Arthur Burton?

Check One: Yes: ________ No: ✓

(b) James Campbell?

Check One: Yes: ________ No: ✓

If your answer to Interrogatory #4**(a)** is **yes**, you should return a verdict in favor of the Plaintiff William Maynes on Count VI (False Imprisonment) against Defendant Arthur Burton.

If your answer to Interrogatory #4**(a)** is **no**, you should return a verdict in favor of the Defendant Arthur Burton on Count VI (False Imprisonment).

If your answer to Interrogatory #4**(b)** is **yes**, you should return a verdict in favor of the Plaintiff William Maynes on Count VII (False Imprisonment) against Defendant James Campbell.

If your answer to Interrogatory #4**(b)** is **no**, you should return a verdict in favor of the Defendant James Campbell on Count VII (False Imprisonment).

**<u>Counts VIII and IX (Assault and Battery)</u>**

5. Has William Maynes proven that he was battered in violation of Rhode Island law by:

(a) Arthur Burton?

Check One: Yes: ________ No: ✓

(b) James Campbell?

Check One: Yes: ________ No: ✓

If your answer to Interrogatory #5**(a)** is **yes**, you should return a verdict in favor of the Plaintiff William Maynes on Count VIII (Assault and Battery) against Defendant Arthur Burton.

If your answer to Interrogatory #5**(a)** is **no**, you should return a verdict in favor of the Defendant Arthur Burton on Count VIII (Assault and Battery).

If your answer to Interrogatory #5**(b)** is **yes**, you should return a verdict in favor of the Plaintiff William Maynes on Count IX (Assault and Battery) against Defendant James Campbell.

If your answer to Interrogatory #5**(b)** is **no**, you should return a verdict in favor of the Defendant James Campbell on Count IX (Assault and Battery).

Signature of foreperson: David N. Girard

Date: October 20, 2005