FILED

OCT 05 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MJC:mes 6615/5 \pleading\66155mlimine.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM MAYNES | : | |
| | : | |
| VS. | : | C.A. NO. 04-276T |
| | : | |
| ARTHUR BURTON, ET AL | : | |

**DEFENDANTS' MOTION IN LIMINE RE SGT. LACEY AND PURCHASE OF AN AUTOMOBILE**

Now come the defendants and move, in limine, that the plaintiff be precluded from offering any evidence and/or making any reference to a certain purchase of an automobile by a witness in this matter, Sgt. Shawn Lacey, from an entity known as Renskip Auto Sales and/or Renato Garcia. The defendants also move to preclude introduction or reference to any evidence regarding related filings with the State of Rhode Island for purposes of registration and/or taxation, stemming from the said automobile sale. In support hereof, your defendants have attached a memorandum of law.

DEFENDANTS,
By their Attorney,

DENIED

Ernest C. Torres
Chief, US District Judge
10/11/05

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 10/4/05 to:

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891

Maureen E. Senden