FILED

OCT 0 5 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MJC:mes 6615/5 \pleadings\66155mlimine.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM MAYNES | : | |
| | : | |
| VS. | : | C.A. NO. 04-276T |
| | : | |
| ARTHUR BURTON, ET AL | : | |

**DEFENDANTS' MOTION IN LIMINE**
**RE: OTHER COMPLAINTS OF MISCONDUCT**

Now come the defendants and move, in limine, that the plaintiff be precluded from offering any evidence and/or making any reference to other complaints of misconduct allegedly involving the defendant police officers or members of the Westerly Police Department in general. In support hereof, your defendants have attached a memorandum of law.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
10/11/05

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 10/4/05 to:

Charles Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891

Maureen E. Sundin