**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM MAYNES,
Plaintiff

vs. C.A. No. 04-276T

ARTHUR BURTON, ET AL.,
Defendants

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

On October 18, 2005, Defendants made an Oral Motion for Judgment as a Matter of Law as to all counts of the complaint. For reasons stated in open court, said Motion as to Counts 2,3,4,5,10,11 and 12 of the complaint is hereby granted. Defendants' Motion for Judgment as a Matter of Law as to Counts 1,6,7,8 and 9 is hereby denied. On October 19, 2005, Defendants renewed their Motion for Judgment as a Matter of Law as to the remaining counts of the complaint. Court hereby denies Motion as to Counts 6 and 7. Court reserves judgment as to Counts 1,8 and 9.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 10/28/05