**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

William Maynes
Plaintiff

vs. C.A. No. 04-276T

Arthur Burton, et al.
Defendants

# JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

In accordance with the Jury Verdict and the granting of Defendants' Motion for Judgment as a Matter of Law, Judgment hereby enters in favor of the Defendants, Arthur Burton, James Campbell and Etsuko Zuczek, in her official capacity as Treasurer of The Town of Westerly, as to all counts of the Complaint.

Enter:

Lucia Cristina Leyva

Deputy Clerk

Dated: November 3rd, 2005